**Timothy E. COOK and Kay F. Cook, Individually and d/b/a Associated Transcription Services, Appellants,**

v.

**LERNOUT & HAUSPIE MEDICAL SERVICES DIVISION and E–Docs Health Care Information Services, Inc., Appellees.**

No. 10–01–245–CV.

Court of Appeals of Texas, Waco.

April 24, 2002.

Wayne E. Revack, Houston, for appellants.

Nicole Perdue, Neil G. Martin, Gardere, Wynne & Sewell, L.L.P., Houston, for appellees

Before Chief Justice DAVIS, Justice VANCE, and Justice GRAY.

**MEMORANDUM OPINION**

PER CURIAM.

Appellees filed suit against Appellants after Appellants left their employ and began a competing business. The trial court signed a final judgment in Appellees' favor on July 24, 2001, and Appellants filed a timely appeal. The trial court signed an order on August 8 granting a new trial. This Court issued an order on March 6, 2002, advising the parties that this appeal would be dismissed for want of jurisdiction "if a supplemental record containing a final judgment [wa]s not filed with the clerk of this court on or before 5:00 p.m. on March 29, 2002." *Cook v. Lernout & Hauspie Med. Servs. Div.*, 68 S.W.3d 285, 286 (Tex. App.-Waco 2002, order) (citing TEX.R.APP. P. 42.3; *Lehmann v. Har–Con Corp.*, 39 S.W.3d 191, 195 (Tex.2001)).

We have received no supplemental record containing a final judgment. Accordingly, we dismiss this appeal for want of jurisdiction.